# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ESTEBAN HERNANDEZ,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00012-TES-CHW-2** |

## ORDER GRANTING MOTION TO CONTINUE TRIAL
## IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Esteban Hernandez's Motion to Continue Trial [Doc. 77]. On April 9, 2024, the Government obtained an indictment charging Defendant with Conspiracy to Possess with Intent to Distribute Fentanyl,[1] Possession with Intent to Distribute Fentanyl,[2] and Possession of a Firearm in Furtherance of a Drug Trafficking Crime.[3] [Doc. 1]. Defendant entered a plea of not guilty on December 17, 2024. [Doc. 58].

Defendant seeks a continuance to allow his counsel to continue negotiations for a possible resolution in this matter. [Doc. 77, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 77], and **CONTINUES** this case to the Court's May term—beginning on May 27, 2025. *See* 18 U.S.C. §

---

[1] In violation of 21 U.S.C. § 846 *in connection with* § 541(a)(1) & (b)(1)(C).

[2] In violation of 21 U.S.C. § 846 *in connection with* § 541(a)(1) & (b)(1)(C) and 18 U.S.C. § 2.

[3] In violation of 18 U.S.C. §§ 2; 924(c)(1)(A).

3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 17th day of March, 2025.

_S/ Tilman E. Self, III_
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
